ACCEPTED
03-14-00563-CR
3623585
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/31/2014 8:40:27 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00563-CR

## IN THE COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/31/2014 8:40:27 AM
JEFFREY D. KYLE
Clerk

## THIRD DISTRICT OF TEXAS AT AUSTIN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CAUSE NO. 69,201

## 264th JUDICIAL DISTRICT COURT OF

## BELL COUNTY, TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TARSHA YVONNE WILEY**          **APPELLANT**

**VS.**

**THE STATE OF TEXAS**          **APPELLEE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPELLANT'S MOTION FOR EXTENSION

## OF TIME TO FILE BRIEF

COMES NOW Appellant, TARSHA YVONNE WILEY, by and through her attorney of record, James H. Kreimeyer, and respectfully moves the Court to extend the time for filing the Appellant's Brief in this cause, and in support hereof would show the Court as follows:

## I.

On the 17th day of July, 2014, Defendant was found guilty by the court of the felony offense of Aggravated Assault with a Deadly Weapon, and Defendant was sentenced by the trial court to five (5) years confinement in the Texas Department of Correction – Institutional Division.

## II.

A proper Notice of Appeal was filed on August 6, 2014 in conformity with Rule 26.2(a)(1) of the Texas Rules of Appellate Procedure. Appellant's prior counsel filed an Motion to Withdraw as counsel with the district court and Appellant's counsel was appointed August 18, 2014. The Court Reporter's record was filed with this court on December 1, 2014, and Appellant's brief is due December 31, 2014.

## III.

Appellant's attorney would respectfully request an extension of time to file Appellant's brief for the following reasons: Appellant's counsel is writing a brief reference cause no. 03-14-00388-CR after the second extension has been granted and brief is due January 13, 2015. Appellant's counsel has closed his business in observance of holidays. Appellant's counsel has a brief due in this court on January 28, 2015, reference cause no. 03-14-00462-CR and would request a 45 (forty five) day extension. Appellant's counsel would therefore request an extension of time to file brief until February 14, 2015.

This Motion for Extension of Time is not filed for the purpose of delay, but so that the ends of justice may be served.

WHEREFORE, PREMISES CONSIDERED, Appellant requests the Court to grant a forty five (45) day extension of time to file the brief herein until February 14, 2015.

Respectfully submitted,


/s/ James H. Kreimeyer
JAMES H. KREIMEYER
ATTORNEY FOR APPELLANT
P.O. BOX 727
BELTON, TEXAS 76513
(254) 939-9393
(254) 939-2870 FAX
T.S.B. #11722000
jkreime@vvm.com


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion for Extension of Time to File Brief was delivered to Henry Garza, District Attorney, Bell County Courthouse, Belton, Texas 76513, on the 31st day of December 2014.


/s/ James H. Kreimeyer
JAMES H. KREIMEYER
ATTORNEY FOR APPELLANT